UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARKAR HTOO,

                Plaintiff,

-against-

ALEJANDRO N. MAYORKAS, et al.,

                Defendants.

Case No. 1:24-cv-07514 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    This mater was transferred to this Court on October 4, 2024. While this case was pending in the Northern District of New York, the Government filed a pre-motion letter seeking leave to file a motion to dismiss. Dkt. 25. On July 1, 2024, the Northern District of New York granted the Government's pre-motion request for leave to file a motion to dismiss. Dkt. 26.

    The Government has since not filed a response to Plaintiff's complaint. The Government shall file a motion to dismiss or otherwise respond to Plaintiff's complaint by November 20, 2024.

Dated: October 21, 2024
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge