**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARKAR HTOO,

                     Plaintiff,

-against-   24 **CIVIL** 7514 (JLR)

**JUDGMENT**

ALEJANDRO MAYORKAS, Secretary, U.S.
Department of Homeland Security; UR M. JADDOU,
Director, U.S. Citizenship and Immigration Services;
TED H. KIM, Associate Director of Refugee, Asylum
and International Operations, U.S. Citizenship and
Immigration Services; and MERRICK B.
GARLAND, Attorney General, Office of Attorney
General U.S. Department of Justice,

                     Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2025, the Government's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      January 28, 2025

                                      **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                **BY:**   *K. Mango*

                                      **Deputy Clerk**